**ADAM B. SHERMAN, ESQ.**
THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, SUITE 7710
NEW YORK, NEW YORK 10118
917-526-1213

November 21, 2019

**VIA ECF**

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, NY 10007

Re: *Abel Solis, et al. v. ZEP LLC, et al.* Case No. 1:19-cv-4230-JGK
Defendants' Request to Adjourn the Evidentiary Hearing Before Your Honor

Dear Judge Koeltl:

I am counsel for all Defendants in the above-referenced action. I write to respectfully request a brief adjournment of the evidentiary hearing currently scheduled for November 26, 2019 at 4:30pm. The reason for this adjournment request is that individual Defendant Sayem Islam recently had his grandfather pass away. We therefore respectfully request an alternate date for the evidentiary hearing.

Plaintiffs' counsel has consented to this request and has noted that he will be away and unavailable for the hearing from January 8 through January 17, 2020. I am unavailable December 3, 2019 because I was called for jury duty for that date.

I thank the Court for its consideration.

Respectfully submitted,

/s/ Adam Sherman
Adam Sherman

cc: All counsel of record (via ECF)

*Handwritten order:* ADJOURNED TO FRIDAY, JANUARY 24, 2020, AT 10:30AM
SO ORDERED.
11/26/19  [signed] John G. Koeltl
USDJ

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11-26-19