```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————————
ABEL MATEO SOLIS et al.,

                Plaintiffs,         19cv4230 (JGK)

     - against -                    ORDER

ZEP LLC et al.,

                Defendants.
————————————————————————————————
```

**JOHN G. KOELTL, District Judge:**

The parties are directed to submit a Rule 26(f) report by May 15, 2020.

**SO ORDERED.**
Dated:   New York, New York
         May 4, 2020            _____/s/ John G. Koeltl_____
                                        John G. Koeltl
                                United States District Judge