# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 East 42nd St. Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

October 29, 2021

VIA ECF  
Honorable John G. Koeltl  
United States District Judge  
United States District Court  
Southern District of New York  
500 Pearl Street, Courtroom 14A  
New York, New York 10007

APPLICATION GRANTED  
SO ORDERED  

/s/ John G. Koeltl  
John G. Koeltl, U.S.D.J.  
10/29/21

Re: Abel Solis, et al. v. ZEP LLC, et al.  
Docket No.: 19-cv-04230 (JGK)

Your Honor:

My office represents Plaintiffs in the above-captioned matter. I write, jointly with defense counsel, to respectfully request the Court for a brief extension of time to submit the settlement agreement for Court approval, from the current deadline of today, October 29, 2021, to November 5, 2021. This is the first request of its kind.

Counsel for the Parties have finalized the terms of the settlement agreement but need additional time to review the agreement with some of our respective clients.

The Parties thank the Court for its time and consideration of this matter.

Respectfully submitted,

/s  
William K. Oates, Esq.  
Michael Faillace & Associates, P.C.  
*Attorneys for Plaintiffs*

cc: Adam B. Sherman, Esq. (via ECF)  
*Attorney for Defendants*